AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Payne, Robert E. | 2. Court or Organization<br><br>United States District Court Eastern District of Virginia | 3. Date of Report<br><br>08/05/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Article III Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States District Court
701 E. Broad Street, Suite 7310
Richmond, Virginia 23219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/05/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 10/31/2013 | IRA #1 Distribution | $23,153.23 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 10/31/2013 | IRA #2 DISTRIBUTION |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/05/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | WELLS FARGO | CREDIT CARD | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | E | Int./Div. | O | T | | | | | |
| 2. --Allianceber Sm. Cap | | | | | Buy | 05/06/13 | J | | |
| 3. -- American Europacific Growth Fund | | | | | Sold | 05/06/13 | K | B | |
| 4. -- Artisan Mid Cap Value Fund | | | | | Sold (part) | 09/13/13 | J | A | |
| 5. | | | | | Buy (add'l) | 11/18/13 | J | | |
| 6. -- Blackrock Equity Dividend Fund CL Institutional | | | | | Buy (add'l) | 03/08/13 | J | | |
| 7. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 8. | | | | | Sold (part) | 10/25/13 | J | A | |
| 9. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 10. --Blackrock High Yield Bond Fund | | | | | Buy | 05/06/13 | J | | |
| 11. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 12. -- Blackrock Inflation Protected Bond | | | | | Sold | 03/08/13 | J | A | |
| 13. --Calamos Market Neutral | | | | | Buy | 05/06/13 | K | | |
| 14. -- Cambiar Opportunity Fund | | | | | Buy (add'l) | 03/08/13 | J | | |
| 15. | | | | | Sold (part) | 05/06/13 | J | A | |
| 16. | | | | | Sold | 05/06/13 | K | C | |
| 17. -- Columbia Select Large Cap Fund | | | | | Sold (part) | 09/13/13 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 10/25/13 | J | A | |
| 19. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 20. -- Eaton Vance Commodity Strategy Fund | | | | | Sold | 05/06/13 | K | | |
| 21. Fundvantage Tr. Polen | | | | | Buy | 05/06/13 | K | | |
| 22. | | | | | Sold (part) | 09/13/13 | J | | |
| 23. | | | | | Sold (part) | 10/25/13 | J | | |
| 24. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 25. -- Goldman Sachs Absolute Return | | | | | Sold (part) | 03/08/13 | J | A | |
| 26. | | | | | Sold (part) | 05/06/13 | J | | |
| 27. | | | | | Sold | 05/06/13 | K | A | |
| 28. -- Goldman Sachs High Yield | | | | | Sold (part) | 03/08/13 | J | A | |
| 29. | | | | | Sold | 05/06/13 | J | A | |
| 30. -- Guggenheim Managed Futures | | | | | Sold (part) | 03/08/13 | K | | |
| 31. | | | | | Sold (part) | 05/06/13 | J | | |
| 32. -- ING Global Real Estate Fund | | | | | Buy (add'l) | 03/08/13 | J | | |
| 33. | | | | | Sold (part) | 10/25/13 | J | A | |
| 34. -- Invesco Premier Inst. (Money Market Fund = cash) | | | | | Buy | 03/08/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 09/13/13 | J | | |
| 36. | | | | | Sold (part) | 11/08/13 | J | | |
| 37. -- IQ Alpha Hedge Strategy Fund | | | | | Sold (part) | 03/08/13 | J | A | |
| 38. | | | | | Sold (part) | 10/25/13 | J | A | |
| 39. -- IShares Barclay Shf. Treas. | | | | | Sold | 03/08/13 | K | | |
| 40. -- Lazard Developing Markets Equity | | | | | Sold (part) | 03/08/13 | J | A | |
| 41. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 42. | | | | | Sold | 11/08/13 | J | A | |
| 43. -- Loomis Bond Fund Inst'l | | | | | Sold (part) | 03/08/13 | K | C | |
| 44. | | | | | Sold | 11/08/13 | J | A | |
| 45. -- MS Liquid Asset Fund | | | | | | | | | |
| 46. -- Neuberger Berman Large Cap Discipline Growth Fund | | | | | Buy (add'l) | 01/03/13 | J | | |
| 47. | | | | | Sold | 05/06/13 | K | C | |
| 48. -- Oakmark I | | | | | Buy | 05/06/13 | K | | |
| 49. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 50. | | | | | Sold (part) | 10/25/13 | J | A | |
| 51. | | | | | Buy (add'l) | 11/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Oppenheimer Int'l Growth Fund | | | | | Buy | 05/06/13 | K | | |
| 53. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 54. | | | | | Sold (part) | 10/25/13 | J | A | |
| 55. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 56. -- Pimco Commodity Real Return P Fund | | | | | Buy | 05/06/13 | K | | |
| 57. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 58. -- Pimco Emerging Local Bond Fund | | | | | Sold (part) | 03/08/13 | J | A | |
| 59. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 60. | | | | | Sold | 11/08/13 | J | | |
| 61. -- Pimco Total Return Fund | | | | | Buy (add'l) | 01/03/13 | J | | |
| 62. | | | | | Sold (part) | 03/08/13 | K | | |
| 63. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 64. | | | | | Sold (part) | 11/08/13 | J | | |
| 65. -- Prudential Jennison Mid Cap Growth Fund | | | | | Buy (add'l) | 03/08/13 | J | | |
| 66. | | | | | Sold (part) | 09/13/13 | J | | |
| 67. -- Ramius Trading Strat. Mngd Futures | | | | | Buy | 05/06/13 | J | | |
| 68. -- Royce Premier Fund | | | | | Sold (part) | 09/13/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -- TCW Small Cap Growth Fund | | | | | Sold | 05/06/13 | J | B | |
| 70.  -- Templeton Global Bond Fund | | | | | Sold (part) | 03/08/13 | K | B | |
| 71.  -- Thornburg International Value Fund | | | | | Sold | 05/06/13 | K | B | |
| 72.  -- Vanguard Short Term Bond | | | | | Buy | 03/08/13 | L | | |
| 73. | | | | | Sold | 05/06/13 | L | | |
| 74.  -- Virtus Foreign Opp. I | | | | | Buy | 05/06/13 | K | | |
| 75. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 76. | | | | | Sold (part) | 10/25/13 | J | | |
| 77. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 78.  -- Virtus Insight Emerging Markets | | | | | Sold (part) | 03/08/13 | J | A | |
| 79. | | | | | Sold (part) | 11/08/13 | J | A | |
| 80.  -- Virtus MultiSector Short Term Bond | | | | | Buy | 05/06/13 | L | | |
| 81. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 82. | | | | | Sold (part) | 10/25/13 | J | | |
| 83.  -- Wells Fargo Advantage High Income Fund | | | | | Sold (part) | 03/08/13 | J | A | |
| 84. | | | | | Sold | 05/06/13 | J | A | |
| 85.  -- Western Asset Core Plus Bond Fund | | | | | Sold (part) | 03/08/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 11/08/13 | J | A | |
| 87. | | | | | | | | | |
| 88.   IRA #2 (S): | C | Int./Div. | M | T | | | | | |
| 89.   -- Allianceber Small Growth Cap | | | | | Buy | 05/22/13 | J | | |
| 90.   -- American Century Int'l Bond Fund | | | | | Sold | 05/22/13 | J | | |
| 91.   -- American Europacific Growth Fund | | | | | Sold (part) | 03/08/13 | J | A | |
| 92. | | | | | Sold | 05/22/13 | J | B | |
| 93.   -- American Growth Fund of America | | | | | Sold | 05/22/13 | J | C | |
| 94.   -- Artisan Midcap Value | | | | | Buy (add'l) | 11/18/13 | J | | |
| 95.   -- Aston/Montag & Caldwell Growth | | | | | Sold (part) | 03/08/13 | J | A | |
| 96.   -- Baron Growth Fund | | | | | Sold | 05/22/13 | J | B | |
| 97.   -- Blackrock Equity Div. A | | | | | Buy | 05/22/13 | J | | |
| 98. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 99.   -- Blackrock Inflation Protection Bond | | | | | Sold (part) | 03/08/13 | J | | |
| 100. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 101.   -- Blackrock Low Div. Bond | | | | | Buy | 03/08/13 | J | | |
| 102. | | | | | Sold | 05/22/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Columbia Select LG CP Growth | | | | | Buy | 05/22/13 | J | | |
| 104. | | | | | Buy (add'l) | 09/13/13 | J | A | |
| 105. -- Davis NY Venture Fund | | | | | Sold | 05/22/13 | J | B | |
| 106. -- Delaware International Value Equity Fund | | | | | Sold | 05/22/13 | J | A | |
| 107. -- Dreyfus Emerging Markets Fund | | | | | Sold | 05/22/13 | J | A | |
| 108. -- EV Income Fund of Boston | | | | | Sold (part) | 03/08/13 | J | A | |
| 109. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 110. -- Invesco Developing Markets A | | | | | Buy | 05/22/13 | J | | |
| 111. | | | | | Sold (part) | 11/08/13 | J | | |
| 112. -- Ivy Midcap Growth | | | | | | | | | |
| 113. -- Lazard Emerging Markets Fund | | | | | Sold (part) | 03/08/13 | J | | |
| 114. | | | | | Sold (part) | 11/08/13 | J | | |
| 115. -- Oakmark I | | | | | Buy | 05/22/13 | J | | |
| 116. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 117. -- Oppenheimer Int'l Growth Fund | | | | | Buy | 05/22/13 | J | | |
| 118. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 119. -- Pimco Emerging Markets Bond Fund | | | | | Sold (part) | 03/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 11/08/13 | J | A | |
| 121. -- Pimco Foreign Bond | | | | | Buy | 05/22/13 | J | | |
| 122. -- Pimco Low Duration A | | | | | Buy | 05/22/13 | J | | |
| 123. -- Royce Premier Fund | | | | | Buy (add'l) | 03/08/13 | J | | |
| 124. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 125. -- T. Rowe Price Equity Income Fund | | | | | Sold | 05/22/13 | J | A | |
| 126. -- Virtus Foreign Opp. A | | | | | Buy | 05/22/13 | J | | |
| 127. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 128. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 129. -- Virtus MultiSect Short Term Bond | | | | | Buy | 05/22/13 | J | | |
| 130. -- Western Asset Core Plus Portfolio | | | | | Buy (add'l) | 03/08/13 | J | | |
| 131. | | | | | Sold (part) | 11/08/13 | J | | |
| 132. -- Western Asset Government Money Market Fund | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 135. -- AMC Networks Inc (X) | A | Dividend | J | T | | | | | |
| 136. -- Anadarko Pete (APC) | A | Dividend | J | T | Buy | 03/06/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and C3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- Autodesk Inc. | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 138. -- Biogen | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 139. | | | | | Buy (add'l) | 08/06/13 | J | | |
| 140. -- Blackrock Equity Dividend | A | Dividend | M | T | Buy | 04/30/13 | L | | |
| 141. | | | | | Buy (add'l) | 05/07/13 | | | |
| 142. | | | | | Buy (add'l) | 06/07/13 | | | |
| 143. | | | | | Buy (add'l) | 07/08/13 | | | |
| 144. | | | | | Buy (add'l) | 08/06/13 | | | |
| 145. | | | | | Sold | 12/09/13 | J | A | |
| 146. -- Bristol Myers Squibb | A | Dividend | | | Buy | 03/06/13 | J | | |
| 147. | | | | | Buy (add'l) | 04/08/13 | J | | |
| 148. | | | | | Sold | 04/30/13 | J | A | |
| 149. -- Broadcom Corp | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 150. -- Cablevision Systems Corp | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 151. -- Chevron Corp | A | Dividend | | | Buy | 03/06/13 | J | | |
| 152. | | | | | Sold | 04/30/13 | J | A | |
| 153. -- Citrix Systems Inc. (X) | A | Dividend | J | T | | | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -- Comcast Corp | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 155. -- Covidien PLC | A | Distribution | J | T | Buy | 03/06/13 | J | | |
| 156. -- Cree Research Inc | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 157. -- DirectTV Com | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 158. -- Dolby Cla (X) | | | | | Buy | 03/06/13 | J | | |
| 159. | | | | | Sold (part) | 04/30/13 | J | A | |
| 160. -- Exxon Mobil Corp | A | Dividend | | | Buy | 03/06/13 | J | | |
| 161. | | | | | Sold | 04/30/13 | J | | |
| 162. -- Fluor Corp | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 163. -- Forest Laboratories Inc | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 164. -- Freeport McMoran CP&GLD (X) | A | Dividend | J | T | | | J | | |
| 165. -- General Elecetric Co. | A | Dividend | | | Buy | 03/06/13 | J | | |
| 166. | | | | | Sold | 04/30/13 | J | | |
| 167. -- Immunogen Inc. (X) | A | Dividend | J | T | | | J | | |
| 168. -- Isis Pharm Inc. | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 169. -- JP Morgan Chase & Co | A | Dividend | | | Buy | 03/06/13 | J | | |
| 170. | | | | | Sold | 04/30/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Payne, Robert E. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -- L-3 Communications Hldg. Inc | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 172. -- Liberty Interactive Co | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 173. -- Liberty Media Corp (X) | A | Dividend | J | T | | | J | | |
| 174. -- National Oilwell Varco Inc. | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 175. -- Nucor Corp | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 176. -- Pall Corp | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 177. -- Pentair Ltd (X) | A | Dividend | J | T | | | J | | |
| 178. -- Sandisk Corp | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 179. -- Seagate Technology, Inc. | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 180. | | | | | Buy (add'l) | 08/06/13 | J | | |
| 181. -- Starz Series A (X) | A | Dividend | J | T | | | J | | |
| 182. -- TE Connectivity Ltd | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 183. -- The ADT Corporation Com (ADT) (X) | A | Dividend | J | T | | | J | | |
| 184. -- Tyco Int'l Ltd | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 185. -- UnitedHealth Gp Inc | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 186. -- United Technologies Corp | A | Dividend | | | Buy | 03/06/13 | J | | |
| 187. | | | | | Sold | 04/30/13 | J | A | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -- Verizon Communications | A | Dividend | | | Buy | 03/06/13 | J | | |
| 189. | | | | | Sold | 04/30/13 | J | A | |
| 190.  -- Vertex Pharmaceuticals (X) | A | Dividend | J | T | | | J | | |
| 191.  -- Weatherford Int'l Ltd | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 192.  -- Wells Fargo & Co | A | Dividend | J | T | Buy | 03/06/13 | J | A | |
| 193. | | | | | | | | | |
| 194. | | | | | | | | | |
| 195.  BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 196.  -- MorganStanley - Cash | A | Interest | J | T | | | | | |
| 197.  -- Western Asset Managed Municipal | A | Dividend | J | T | | | | | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201.  -- Mallen Research Ltd Partnership | | None | J | W | | | | | |
| 202. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/05/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, page 5, line 28 - "Goldman Sachs High Yield" is a name change. In the 2012 annual report, Part VII, page 4, lines 17 - asset was named "Goldman Sachs Trust"

2. Part VII, page 8, line 78 - this asset was listed in the 2012 annual report, Part VII, page 6, line 45 as "Virtus Emerging Markets" - the word "Insight" was inadvertently omitted in the name in the 2012 annual report.

3. Part VII, page 11, line 134 - "Brokerage Account #1." Note: in the 2012 annual report, Part VII, page 8, line 74 - "Citibank NA - Cash" was noted as an asset. This cash was used in 2013 to purchase the new stocks listed in the Brokerage Account #1. Therefore, "Citibank NA - Cash" is not reported in the 2013 annual report.

4. In the 2012 annual report, page 4, line 8 - "BP Plc Spons (Y)" was erroneously reported. This asset was bought and sold in 2011 (with a Value Code J). Therefore, this asset is not in the 2013 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert E. Payne**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544